450 A.2d 198

Commonwealth v. Matalavage, Appellant.

 Submitted December 15, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence affirmed.